UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LORENZO ANTHONY,

        Plaintiff,

v.                                    Case No. 2:06-cv-9
                                    HON. GORDON J. QUIST

KIM HILL, et al.,

        Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 2, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff asserts that it was error for the Magistrate Judge to fail to review the entire record in this case. Plaintiff has assumed that the record was not reviewed. The Court has reviewed the entire record in this case. Plaintiff has failed to support his claims with factual evidence which could defeat summary judgment. Plaintiff argues that he requires discovery to respond to Defendants' motion. However, Plaintiff has not supported this claim by asserting anticipated discovery could lead to a finding of a genuine issue of material fact. The record does not support Plaintiff's claims.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #186) is approved and adopted as the opinion of the Court.

Dated:  September 28, 2007                               /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE